**Pamela G. CLAPP, Plaintiff—Appellant,**

v.

**John E. POTTER, Postmaster General of the United States Postal Service, Defendant—Appellee.**

No. 07–1903.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2008.

Decided: Feb. 5, 2008.

Pamela G. Clapp, Appellant Pro Se. Joan Brodish Binkley, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela G. Clapp appeals the district court's order dismissing her complaint alleging discrimination and retaliation under Title VII of the Civil Rights Act, the Age Discrimination in Employment Act, and the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Clapp v. Potter*, No. 1:06–cv–01070–NCT (M.D.N.C. Aug. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*